IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDDEEQ BASIL HENRY | : | CIVIL ACTION |
| | : | NO.   14-1152 |
| vs. | : | |
| WARDEN J. THOMAS | : | |

## ORDER

AND NOW, this 25th day of February, 2016, the complaint of plaintiff Siddeeq Basil Henry against defendant John Thomas is DISMISSED with leave to amend on or before March 28, 2016 if plaintiff can in good faith plead sufficient personal involvement of defendant Thomas in the acts complained of.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.     J.