IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDDEEQ BASIL HENRY | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14–1152 |
| | : | |
| JOHN THOMAS, et al. | : | |

## **ORDER**

AND NOW this 9th day of May, 2017, upon consideration of the motion for summary judgment by defendants Arthur Johnson and Lieutenant L. Williams, Dkt. No. 52, and plaintiff Siddeeq Basil Henry's response, Dkt. No. 58, it is ORDERED that defendants' motion is GRANTED. JUDGMENT is ENTERED in favor of defendants, Arthur Johnson and Lieutenant L. Williams and against plaintiff Siddeeq Basil Henry on all claims.

It is FURTHER ORDERED that all claims against defendant William Fowler are dismissed without prejudice for lack of service within ninety days pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk of Court shall mark this case CLOSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.